HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOT R. BROWN,<br><br>Defendant. | CASE NO. CR05-5192RBL<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER having come before the Court on Defendant's Motion for Early Termination of Supervised Release [Dkt. #35], and the Court having reviewed the motion, the Government's response, and the records in this matter, now, therefore,

It is **ORDERED** that Defendant's Motion for Early Termination of Supervised Release is **DENIED** for the reasons stated in the Government's Response [Dkt. #37].

Dated this 26th day of November, 2012.

Ronald B. Leighton
United States District Judge